# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| G and G Closed Circuit Events, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF  v. | 2:20-cv-03918-WDK-JC |
| Leticia Rangel et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on September 29, 2021 as docket number 22 (the "Offer of Judgment"), judgment is hereby entered for

G and G Closed Circuit Events, LLC

and against

Leticia Rangel a/k/a Leticia Rangel Rodriguez and Mariscos El Moreno, Inc. d/b/a Mariscos El

according to the terms set forth in the Offer of Judgment.

Date: December 13, 2021          By: Patricia Gomez

CV-140 (02/21)                JUDGMENT